No. 298, Misc. ORRIE *v.* WISCONSIN ET AL. Supreme Court of Wisconsin. Certiorari denied.

No. 299, Misc. HAMMOND *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 307, Misc. WALTERS *v.* IOWA. Supreme Court of Iowa. Certiorari denied.

No. 364. INVESTORS ROYALTY CO., INC. *v.* MARKET TREND SURVEY, INC. ET AL., *ante,* p. 909;

No. 387. GALLAGHER, ADMINISTRATRIX, ET AL. *v.* UNITED STATES LINES CO. ET AL., *ante,* p. 897;

No. 426. GLOVER ET AL. *v.* McFADDIN ET AL., *ante,* p. 900;

No. 432. MORAND BROTHERS BEVERAGE CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD, *ante,* p. 909; and

No. 441. WESTERN PACIFIC RAILROAD CORP. ET AL. *v.* WESTERN PACIFIC RAILROAD CO. ET AL., *ante,* p. 910. Petitions for rehearing denied.